# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1038

_____

In re: Bryan S. Behrens

*Debtor*

------------------------------

Bryan S. Behrens

*Appellant*

v.

U.S. Bank National Association, as Trustee for RAMP 2006NC2, by Ocwen Loan
Servicing, LLC

*Appellee*

_____

No. 14-1041

_____

In re: Bryan S. Behrens

*Debtor*

------------------------------

Bryan S. Behrens

*Appellant*

v.

GMAC Mortgage, LLC

*Appellee*

_____

The United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: August 7, 2014
Filed: August 14, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Bryan Behrens appeals orders of the Bankruptcy Appellate Panel (BAP) (1) affirming the bankruptcy court's[1] order terminating an automatic stay under 11 U.S.C. § 362(d)(4) and allowing completion of foreclosure proceedings on certain property; and (2) dismissing Behrens's appeal from a bankruptcy court order because it was an unappealable interlocutory order. For the reasons aptly stated by the bankruptcy court and the BAP, both judgments are affirmed. See 8th Cir. R. 47B. We also deny as moot all pending motions on appeal.

_____

_____

[1]The Honorable Thomas L. Saladino, Chief Judge, United States Bankruptcy Court for the District of Nebraska.